SALINA M. KANAI #8096
Federal Public Defender
District of Hawai'i

JACQUELYN T. ESSER #9226
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawai'i 96850
Telephone:   (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:       salina_kanai@fd.org
              jacquelyn_esser@fd.org

Attorneys for Defendant
FILIMONE TAVAKE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 24-00017 HG |
| | ) |
| Plaintiff, | ) Unopposed Motion to Provide Defendant |
| | ) with a Laptop to Review Discovery |
| vs. | ) |
| | ) Certificate of Service |
| FILIMONE TAVAKE, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## Unopposed Motion to Provide Defendant with a Laptop to Review Discovery

Defendant Filimone Tavake, by and through undersigned counsel,

respectfully moves this Honorable Court for an order permitting him to possess a

laptop while incarcerated at the Federal Detention Center Honolulu (FDC) for the

sole purpose of reviewing the voluminous discovery in this case.

## I.      Background

Mr. Tavake is charged with violations of: (1) 18 U.S.C. §924(c)(1)(A) and 2, Carry/Use/Discharge of a Firearm During and in Relation to a Drug Trafficking Crime; (2) 18 U.S.C. §924(j)(1) and (2), Causing the Death of a Person Through the Use of a Firearm; (3) 21 U.S.C. §848(E)(1)(A) Killing While Engaged in Drug Conspiracy; and (4) 21 U.S.C. §846 Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine.

The discovery in this case is extraordinarily extensive and complex, consisting of materials totaling approximately 987 GB (nearly one terabyte). The discovery includes 119,119 Bate-stamped pages and three large Cellebrite reports totally 657 GB.

## II.     FDC's Computer Facilities Lack Sufficient Capacity for Discovery Review

The FDC's existing computer facilities lack the necessary capacity to allow Mr. Tavake to adequately review the discovery in preparation for trial. Specifically, the computers at FDC are not equipped to handle the large files in this case and do not support the software required to open and analyze certain discovery materials. Mr. Tavake has reported that attempts to open the Cellebrite reports – comprised of 657 GB of cell phone data – fail due to technical limitations. Even counsel has encountered significant delays and technical issues using the Federal Defender's computers, which require approximately 30 minutes just to load the program to review the data due to its large size. Mr. Tavake also reports that many image files fail to open, displaying error messages. Counsel has verified that the discovery files

provided to Mr. Tavake on hard drives are not corrupted by testing them on defense office systems.

Effective assistance of counsel under the Sixth Amendment and meaningful participation in the defense require that the Defendant have sufficient opportunity to review discovery. The complexity and volume of the discovery in this case necessitate a solution that allows Mr. Tavake to review the materials at his own pace without undue restrictions.

### III.    Request for Laptop Use for Discovery Review

To address these challenges, Mr. Tavake requests permission to use a laptop computer provided by defense counsel, subject to the following conditions to ensure security and compliance:

(a) The laptop will not have internet access or any external communication capabilities. It will be sanitized first by the Federal Public Defender (FPD) office's Computer Systems Administrator.

(b) The laptop will be pre-loaded with the discovery materials only.

(c) The laptop will be subject to inspection and approval by the FDC's security personnel.

(d) The Defendant will return the laptop to FDC personnel at the termination of his pretrial status or at the conclusion of the FPD's representation, whichever occurs sooner.

This District has granted similar requests in cases involving voluminous or technical discovery to ensure that defendants can meaningfully participate in their

defense. See, e.g., *United States v. Gouveia*, 22-00064LEK and *United States v. McCoy*, 23-00085DKW).

Counsel has conferred with Assistant United States Attorney Christina Taylor on this request, and she has no objection to it.

## IV.    Conclusion

For the foregoing reasons, Mr. Tavake respectfully requests that this Court issue an order permitting him to use a laptop while incarcerated at the FDC for the sole purpose of reviewing discovery, subject to the conditions outline above.

DATED: Honolulu, Hawaiʻi, December 16, 2024.


 */s/ Jacquelyn T. Esser*
JACQUELYN T. ESSER
Attorney for Defendant
FILIMONE TAVAKE

**Certificate of Service**

I, JACQUELYN T. ESSER, hereby certify that on the date and by the method

of service noted below, a true and correct copy of the foregoing was served on the

following at their last known addresses on December 16, 2024:

Served Electronically through CM/ECF:

CHRISTINA TAYLOR     christina.taylor@usdoj.gov
Trial Attorney, Violent Crimes and Racketeering Section
        Attorney for Plaintiff
        UNITED STATES OF AMERICA

DATED: Honolulu, Hawai'i, December 16, 2024.


 /s/ Jacquelyn T. Esser
JACQUELYN T. ESSER
Attorney for Defendant
FILIMONE TAVAKE