FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 28 2025

at 10 o'clock and 40 min. A M
Lucy H. Carrillo, Clerk

**UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER CR 24-00017 HG-WRP-2 |
| | ) | |
| vs | ) | ABSTRACT OF RELEASE |
| | ) | |
| | ) | |
| (2) Sheri Shimizu | ) | |

TO THE UNITED STATES MARSHAL AND/OR WARDEN, FEDERAL DETENTION CENTER:

Be advised that on the date of __February 28, 2025__ the Court entered the following order:

✓ Defendant to be released from custody forthwith

    ✓ Released to / continued on pretrial release

    _____ Sentenced to time served

    _____ Case Dismissed

    _____ Released to / continued on supervised probation / unsupervised probation

    _____ Released to / continued on supervised release

_____ Defendant to be released once bond conditions are met. As conditions have been met

effective _____ , defendant to be released forthwith.

_____ Bench warrant recalled

_____ Other: _____

Lucy Carillo, Clerk
~~Sue Beitia~~, Clerk of Court

J.O. Deputy Clerk
by: _____  Deputy Clerk