GARY G. SINGH, #6543
Topa Financial Center
700 Bishop Street, Suite 2000
Honolulu, Hawai'i, 96813
Telephone: (808) 529-0626
Email: gary@garysinghlaw.com

Stand by Counsel for Defendant
FILIMONE TAVAKE aka "Junior" (01)

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FILIMONE TAVAKE a/k/a "Junior",<br>(01)<br><br>Defendant. | Case No. CR: 24-00017 HG<br><br>SECOND MOTION TO PROVIDE DEFENDANT FILIMONE TAVAKE WITH A LAPTOP TO REVIEW DISCOVERY; CERTIFICATE OF SERVICE<br><br>Trial Date: June 9, 2026 |

## SECOND MOTION TO PROVIDE DEFENDANT
## WITH A LAPTOP TO REVIEW DISCOVERY

Defendant Filimone Tavake by and through his attorney, Gary G. Singh respectfully moves this Honorable Court for a new order permitting him to possess a laptop while incarcerated at the Federal Detention Center Honolulu (FDC) for the sole purpose of reviewing the continuous, voluminous discovery in this case.

**BACKGROUND:**

Previously this Court granted Defendants unopposed motion to provide Defendant with a laptop to review discovery [ECF 24] while Defendant was represented by the

Federal Public Defenders Office.  Due to conflict and a breakdown in the attorney client relationship, this Court granted the Federal Public Defenders office, specifically Jacquelyn T. Esser and Salina M. Kanai's motion to withdraw and appointed undersigned counsel to represent Defendant.  As part of the Federal Public Defenders previous motion, they added the paragraph on page 3 section (3)(d) that the Defendant will return the laptop to FDC personnel at the termination of his pre-trial status or at the conclusion of the FPD's representation, whichever occurs sooner.

On October 30, 2025 the FPD filed a Motion to Facilitate Return of Office of the Federal Defenders Property [ECF 63].  The Court granted the Motion on October 30, 2025 [ECF 64].

On November 5th, 2025 FDC personnel confiscated Defendants Court ordered laptop and his hard drives which contained all of his discovery provided by the Government to date.

**ARGUMENT:**

As this Court is well aware, the Federal Public Defenders office provides laptop and computers for their clients and all other CJA clients who are ordered to have a laptop at FDC Honolulu.

Defendants current trial date is scheduled for June 9th, 2026.  Every day that Defendant is without his discovery and a laptop to review and assist his attorney unconstitutionally delays his trial and possibly violates his speedy trial rights under the constitution of The United States of America.  The Defendant did not abuse his laptop

2

privileges at FDC Honolulu nor did he receive any disciplinary infractions for his laptop access, in fact Defendant has consistently and constantly attempted to assist undersigned counsel with the preparation of his defense as to present a complete defense at trial in accordance with his constitutional rights.

**CONCLUSION:**

For the reasons outlined in this motion and Defendants original motion, Defendant respectfully requests that this court either A) order that the Federal Public Defenders office again provide Defendant with a laptop and his hard drives or B) order the CJA counsel be allowed to procure a laptop using CJA funding for Defendant to use to continue his review of voluminous discovery at FDC Honolulu.  Defendant asks that this court rule on this issue forthwith as every day that passes is one more day where Defendant unconstitutionally does not have access to his discovery or a laptop to meaningfully review discovery and assist his attorney in presenting a complete defense in a case where he faces a maximum of life imprisonment.

DATED:  Honolulu, Hawaii, November 10, 2025.

*/s/ Gary G. Singh*
GARY G. SINGH
Counsel for Defendant
FILIMONE TAVAKE

3