KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

MICHAEL NAMMAR
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii   96850
Telephone:   (808) 541-2850
Facsimile:   (808) 541-2958
E-mail:   Michael.Nammar@usdoj.gov

CHRISTINA TAYLOR, #MD 06061330048
Trial Attorney, Violent Crimes and Racketeering Section
United States Department of Justice
1301 New York Avenue, N.W., Suite 700
Washington, DC 20530
Phone:   202-679-1034
Email:   Christina.Taylor@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR24-00017 HG-WRP-01 |
| Plaintiff, | UNITED STATES OF AMERICA'S RESPONSE TO SECOND MOTION FOR LAPTOP; CERTIFICATE OF SERVICE |
| VS. | |
| FILIMONE TAVAKE,          (01) a/k/a "Junior," | |
| Defendant. | |

## UNITED STATES OF AMERICA'S RESPONSE TO
## SECOND MOTION FOR LAPTOP

The United States of America has received and reviewed Defendant's

Second Motion to Provide Defendant with a Laptop to Review Discovery (Doc.

65), filed on November 10, 2025.   The United States does not oppose the motion.

As previously requested in this case by former defense counsel Jacquelyn Esser,

the United States requests that the following conditions be imposed in the Court's

order: (1) the laptop will not have internet access or any external communication

capabilities; it will be sanitized first by the Federal Public Defender office's

Computer Systems Administrator; (2) the laptop will be pre-loaded with the

discovery materials only; (3) the laptop will be subject to inspection and approval

by the FDC's security personnel; and (4) the Defendant will return the laptop to

CJA counsel at the termination of his pretrial status.   *See* Doc. 27 at 3.   Further,

the United States also requests that the following condition be imposed by the

Court: the laptop shall be used for case related purposes only and Defendant must

comply with all BOP and/or FDC Honolulu security policies, procedures, and

//

//

//

//

2

restrictions related to the retention and use of the laptop.    *See United States v. Gouveia*, Case No. CR22-0064LEK, Doc 116 at 2.

DATED:   November 14, 2025, at Honolulu, Hawaii.

KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

By /s/ *Michael Nammar*
   MICHAEL NAMAMR
    Assistant U.S. Attorney
   CHRISTINA TAYLOR
    Trial Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below,

a true and correct copy of the foregoing was served on the following at their last

known addresses:

Served Electronically through CM/ECF:

Gary Singh, Esq.
Attorney for Defendant
FILIMONE TAVAKE,
a/k/a "Junior,"

DATED:   November 14, 2025, at Honolulu, Hawaii.

/s/ Tiani Kaneakua
U.S. Attorney's Office
District of Hawaii