ORIGINAL

SEALED
BY ORDER OF THE COURT

KENNETH M. SORENSON
United States Attorney
District of Hawaii

DAVID JAFFE
Chief
Violent Crime and Racketeering Section

MICHAEL NAMMAR
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  Michael.Nammar@usdoj.gov

CHRISTINA TAYLOR
MD Bar #0606130048
Trial Attorney
1301 New York Avenue, N.W.
Suite 700
Washington, DC   20530
Telephone: (202) 679-1034
E-mail:  Christina.Taylor2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 5 2026

at____ o'clock and____ min.___ M
Lucy H. Carrillo, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. CR24-00017-HG-WRP |
| | ) | |
| Plaintiff, | ) | SECOND SUPERSEDING |
| | ) | INDICTMENT |
| vs. | ) | |
| | ) | [18 U.S.C. §§ 924 (c)(1)(A) and 2; 18 |
| FILIMONE TAVAKE,          (01) | ) | U.S.C. §§ 924(j)(1) and 2; 21 U.S.C. |
| a/k/a "Junior," | ) | §§ 848(e)(1)(a) and 2; 21 U.S.C. §§ |
| SHERRI SHIMIZU, and       (02) | ) | 846, 841(a)(1), and 841(b)(1)(A)] |
| TALIAU TAUVELA-AFALAVA, | ) | |
| a/k/a "T,"                      (03) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

SECOND SUPERSEDING INDICTMENT

The Grand Jury charges:

### Count 1

Carry, Use and Discharge of a Firearm During and In Relation to a Drug
Trafficking Crime, Aiding and Abetting
(18 U.S.C. §§ 924(c)(1)(A) and 2)

On or about March 27, 2021, in the District of Hawaii, FILIMONE

TAVAKE and TALIAU TAUVELA-AFALAVA, the defendants, aided and

abetted by others known and unknown to the Grand Jury, did knowingly carry and

use a firearm during and in relation to a drug trafficking crime for which they may

be prosecuted in a court of the United States, that is, conspiracy to distribute and

possess with intent to distribute methamphetamine as charged in Count 4 of this

Indictment, and in doing so said firearm was discharged.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii)

and 2.

### Count 2

Causing the Death of a Person Through Use of a Firearm, Aiding and Abetting
(18 U.S.C. §§ 924(j)(1) and 2)

On or about March 27, 2021, in the District of Hawaii, FILIMONE

TAVAKE and TALIAU TAUVELA-AFALAVA, the defendants, aided and

abetted by others known and unknown to the Grand Jury, in the course of a

violation of Title 18, United States Code, Section 924(c)(1)(A), as charged in

2

Count 1 of this Indictment, caused the death of another person, Malakai Maumalanga, through the use of a firearm, which killing constituted murder as defined in Title 18, United States Code, Section 1111.

All in violation of Title 18, United States Code, Sections 924(j)(1) and 2.

## Count 3

Killing While Engaged in Offenses Punishable under Title 21, United States Code 841(b)(1)(A), Aiding and Abetting
(21 U.S.C. § 848(e)(1)(A) and 18 U.S.C. § 2)

On or about March 27, 2021, in the District of Hawaii, FILIMONE TAVAKE and TALIAU TAUVELA-AFALAVA, the defendants, aided and abetted by others known and unknown to the Grand Jury, while engaged in an offense punishable under Title 21, United States Code, Section 841(b)(1)(A), that is conspiracy to distribute and possess with intent to distribute methamphetamine as charged in Count 4 of this Indictment, which offense involved 50 grams or more of methamphetamine, a Schedule II controlled substance, did knowingly and intentionally kill and cause the intentional killing of another person, Malakai Maumalanga, and such killing did result.

All in violation of Title 21, United States Code, Section 848(e)(1)(A) and 2.

3

### Count 4

Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine
(21 U.S.C. § 846)

Beginning in or about November 2020, the exact date being unknown to the

Grand Jury, and continuing up to and including March 27, 2021, in the District of

Hawaii, FILIMONE TAVAKE and TALIAU TAUVELA-AFALAVA, the

defendants, did knowingly and intentionally conspire, confederate and agree with

other individuals, known and unknown to the Grand Jury, to distribute and possess

with intent to distribute 50 grams or more of methamphetamine, its salts, isomers

and salts of its isomers, a Schedule II controlled substance in violation of Title 21,

United States Code, Sections 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

### Count 5

Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine
(21 U.S.C. § 846)

Beginning in or about November 2022, the exact date being unknown to the

Grand Jury, and continuing up to and including December 14, 2022, in the District

of Hawaii, FILIMONE TAVAKE and SHERRI SHIMIZU, the defendants, did

knowingly and intentionally conspire, confederate and agree with other

individuals, known and unknown to the Grand Jury, to distribute and possess with

the intent to distribute 50 grams or more of methamphetamine, its salts, isomers

4

and salts of its isomers, a Schedule II controlled substance in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

## Count 6

### Possession with Intent to Distribute Methamphetamine
### (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A))

On or about November 23, 2022, in the District of Hawaii, FILIMONE TAVAKE, the defendant, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## Count 7

### Possession with Intent to Distribute Methamphetamine
### (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A))

On or about December 2, 2022, in the District of Hawaii, SHERRI SHIMIZU, the defendant, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

5

## First Forfeiture Notice

1.    The allegations set forth in Counts 1 and 2 of this Second Superseding Indictment are hereby realleged and incorporated by reference for the purpose of noticing forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.    The United States of America hereby gives notice that, upon conviction of an offense in violation of Title 18, United States Code, Sections 924(c) and (j), as charged in Counts 1 and 2 of this Indictment, FILIMONE TAVAKE and TALIAU TAUVELA-AFALAVA, the defendants, shall forfeit to the United States of America any firearms and ammunition involved in or used in that offense.

3.    If any of the property subject to forfeiture described in paragraph 2 of this first forfeiture notice, as a result of any act or omission of FILIMONE TAVAKE and TALIAU TAUVELA-AFALAVA, the defendants:

   a.    cannot be located upon the exercise of due diligence;

   b.    has been transferred or sold to, or deposited with, a third party;

   c.    has been placed beyond the jurisdiction of the Court;

   d.    has been substantially diminished in value; or

   e.    has been commingled with other property which cannot

6

be divided without difficulty,

the United States of America will be entitled to forfeiture of substitute property up to the value of the property described above in paragraph 2, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

Second Forfeiture Notice

1.    The allegations set forth in Counts 3 through 7 of this Second Superseding Indictment are hereby realleged and incorporated by reference for the purpose of noticing forfeiture pursuant to Title 21, United States Code, Section 853.

2.    The United States of America hereby gives notice that, upon conviction of an offense in violation of Title 21, United States Code, Section 848(e)(1)(A) as charged in Count 3 or upon a conviction of an offense in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A), as charged in Counts 4 through 7 of this Indictment, FILIMONE TAVAKE, SHERRI SHIMIZU, and TALIAU TAUVELA-AFALAVA the defendants, shall forfeit to the United States of America any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

7

3.     If any of the property subject to forfeiture described in paragraph 2 of this second forfeiture notice, as a result of any act or omission of FILIMONE TAVAKE, SHERRI SHIMIZU, and TALIAU TAUVELA-AFALAVA, the defendants:

     a.     cannot be located upon the exercise of due diligence;

     b.     has been transferred or sold to, or deposited with, a third party;

     c.     has been placed beyond the jurisdiction of the Court;

     d.     has been substantially diminished in value; or

     e.     has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property up

//

//

//

//

//

//

//

//

//

8

to the value of the property described above in paragraph 2, pursuant to Title 21,

United States Code, Section 853(p).

DATED:    March  5  , 2026, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

KENNETH M. SORENSON
United States Attorney
District of Hawaii

DAVID JAFFE
Chief
Violent Crime and Racketeering Section

CHRISTINA TAYLOR
Trial Attorney

/For

MICHAEL NAMMAR
Assistant U.S. Attorney

United States v. Filimone Tavake, Sherri Shimizu, and Taliau Tauvela-Afalava
Second Superseding Indictment
Case No. CR24-00017-HG

9